IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH EATON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AD ASTRA RECOVERY )<br>SERVICES, INC. )<br>)<br>Defendant. ) | Case No.: 4:14-cv-01819-JCH |

### MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING COMPLETION OF ARBITRATION OF DEFENDANT AD ASTRA RECOVERY SERVICES, INC.

Defendant Ad Astra Recovery Services, Inc. (hereinafter "Ad Astra"), by and through its undersigned counsel, respectfully submits its Motion to Compel Arbitration and Stay The Action Pending Completion of Arbitration and respectfully requests an Order compelling the parties to participate in arbitration in the above captioned matter and staying the proceedings in this matter pending the completion of arbitration. Filed contemporaneously herewith is Ad Astra's Memorandum In Support of Its Motion to Compel Arbitration and Stay The Action Pending Completion of Arbitration.

### ARGUMENT

Ad Astra's Motion to Compel Arbitration and Stay The Action Pending Completion of Arbitration should be granted for the following reasons:

1. Plaintiff's claims against Ad Astra regarding the collection of amounts owed by her are subject to arbitration pursuant to the terms of the Payday Loan Agreement & Disclosure Statement (the "Agreement") entered into by Plaintiff and SCIL, Inc., dba SpeedyCash.com ("SpeedyCash").

1

2. The arbitration provision contained within the Agreement permits Ad Astra and SpeedyCash the right to compel arbitration of Plaintiff's claims arising from Ad Astra's collection of the amounts Plaintiff owed pursuant to the Agreement.

3. Ad Astra and Speedy Cash invoke their right to compel arbitration of Plaintiff's claims asserted in this matter.

4. An order compelling arbitration and staying this action pending completion of arbitration is appropriate as the arbitration provision is valid and enforceable and Plaintiff's claims fall squarely within the scope of the arbitration provision.

Dated:  December 2, 2014          By:   /s/ James R. Bedell
                                        James R. Bedell, #0351544MN
                                        Moss & Barnett, P.A.
                                        4800 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN 55402-4129
                                        Tel:  612.877.5000
                                        Fax: 612.877.5999
                                        BedellJ@moss-barnett.com

                                        Joshua C. Dickinson, #51446MO
                                        Spencer Fane Britt & Browne LLP
                                        12925 West Dodge Road, Suite 107
                                        Omaha, NE 68154
                                        Tel:  402.965.8600
                                        Fax: 402.965.8601
                                        jdickinson@spencerfane.com

                                        *Attorneys for Defendant Ad Astra Recovery Services, Inc.*

2

2605841v2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 2nd day of December, 2014, with notice of case activity generated and sent electronically to:

Steven A. Donner
Aektra Legal, LLC
405 Washington Avenue
St. Louis, MO 63102
Steve.donner@aektralegal.net

Matthew P. Cook
P.O. Box 220342
St. Louis, MO 63122
Cookmp21@yahoo.com

*Attorneys for Plaintiff*

                                                  /s/ James R. Bedell

2605841v2